IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNI SNYDER, | CIVIL DIVISION |
| Plaintiff, | No.: 12-0912 |
| vs. | Judge Hornak |
| RMWS LIMITED, a Pennsylvania Corporation, SCALISE CONSTRUCTION, INC., a Pennsylvania corporation, WILLIAM SCALISE, DOMINIC SCALISE, and ROBERT C. MALT, | |
| Defendants. | |

## RESPONSE TO ORDER TO SHOW CAUSE

Defendants, RMWS Limited, *et al* have no objection to staying the above captioned action presently subject to further Motion for Relief or action by the Bankruptcy Court.

Respectfully submitted,
TALARICO, PALADINO & BERG

By: _____
Joseph D. Talarico, Esquire
Pa I.D. #00363
436 Seventh Avenue
2150 Koppers Building
Pittsburgh, PA 15219
412-261-1122